FILED
January 5, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
JAN 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

12/28/14

"Pro 'Se"

## Motion For Extension
Layman

### of Time

Sir, I'm asking to be granted **60 days** in order to:

1.) Do Research; due to lock down & Law Library Closure I'm currently unable to research legal work

2.) As well I've been only given a portion of my records...

Sir, I'm asking for all witness reports of Police Officials & Witnesses for the state

Sir I Sincerely pray that the time asked for be given (60 Days) Your time & consideration is very much appreciated.

William Lee Ockletree
TDCJ#01906981
AllRED Unit
2101 fm 369 North Iowa Park,
TX 76367

Mr. William Lee Ockletree
TDCJ #01906981
All RED Unit
2101 Fm 369 north
Iowa Park, Tx
76367

"Legal Mail"
12-28-14

DALLAS TX 750
30 DEC 2014 PM 3 L

Mr. Jeffrey D. Kyle (Clerk)
Court of Appeals
3rd District
P.O. Box 12547
Austin, Tx 78711-2547